UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRISTAN MICHAEL HYDE,
    Plaintiff,

vs.                                                  Case No.:  3:24cv293/LAC/ZCB

FLORIDA DEPARTMENT OF
CORPORATIONS, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on December 24, 2024. (Doc. 19). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 19) is adopted and incorporated by reference in this order.

1

2. Plaintiff's Fourteenth Amendment due process claim against Defendant Shoffstall is **DISMISSED** for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff's malicious prosecution claim against Defendant Liles is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(iii) because it is barred by prosecutorial immunity.

4. The Court declines supplemental jurisdiction over Plaintiff's state law claims against Defendant Billy Clark Bail Bonds, LLC.

5. The clerk must enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 28th day of February, 2025.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**